```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

MARC KILLAM,

       Plaintiff,
v.                                 Case No. 8:16-cv-2915-T-33TBM

AIR AND LIQUID SYSTEMS, CORP. ET AL.,

       Defendants.
_____/

## ORDER

This cause is before the Court pursuant to Defendant Johnson Controls, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 185), which was filed on February 13, 2017. Johnson Controls argues that the Court lacks personal jurisdiction over it, and Johnson Controls supported the Motion with the Affidavit of its Vice President, Matthew Heiman. Plaintiff failed to file a response in opposition to the Motion and the time to do so under the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida has expired. The Court accordingly grants the Motion as an unopposed Motion. Defendant Johnson Controls is dismissed from this action.

       Accordingly, it is

       **ORDERED, ADJUDGED,** and **DECREED:**

1

(1) Defendant Johnson Controls, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 185) is **GRANTED**.

(2) Johnson Controls, Inc. is dismissed from this action. The Clerk is directed to terminate Johnson Controls, Inc. as a Defendant.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of February, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE